**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF UTAH

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ryan Hohman, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2030355** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **151 East 5600 South, Ste 112** **Salt Lake City, UT 84107** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Salt Lake** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.salesrecruitinguniversity.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Ryan Hohman, LLC**
　　　Name

Case number (*if known*) _____

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　　**5416**

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

| Debtor | **Ryan Hohman, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____  When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Ryan Hohman, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Ryan Hohman, LLC** | | Case number (*if known*) | |
| | Name | | | |

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 22, 2025**
MM / DD / YYYY

**X** **/s/ Ryan Hohman**                    **Ryan Hohman**
Signature of authorized representative of debtor        Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Andres Diaz**                Date    **April 22, 2025**
Signature of attorney for debtor                MM / DD / YYYY

**Andres Diaz 4309**
Printed name

**Diaz & Larsen**
Firm name

**757 East South Temple, Suite 201**
**Salt Lake City, UT 84102**
Number, Street, City, State & ZIP Code

Contact phone    **(801)596-1661**      Email address    **courtmail@adexpresslaw.com**

**4309 UT**
Bar number and State

---

**Bathemess Tax & Accounting Services**
1286 East Woodridge Circle, Salt Lake City, UT 84121
(801)263-2809  Fax (801)293-8514
leiann@e-pano.com

February 16, 2025

*2024 Tax Year*
RYAN HOHMAN, LLC
5876 SOUTH HATTON CIRCLE
SALT LAKE CITY, UT 84107

Dear Client,

We have prepared and enclosed your 2024 Form 1120S, U.S. Income Tax Return for an S Corporation for RYAN HOHMAN, LLC for the tax year ending December 31, 2024.

We prepared your returns based on the information you provided us.   Please review the returns carefully to ensure that there are no omissions or misstatements of material facts.

Your 2024 Form 1120S, U.S. Income Tax Return for an S Corporation   for RYAN HOHMAN, LLC will be electronically filed.

No payment is due with this return.

Enclosed is the 2024 Form TC-20S, Utah S Corporation Franchise or Income Tax Return for RYAN HOHMAN, LLC.

Your 2024 Form TC-20S, Utah S Corporation Franchise or Income Tax Return   for RYAN HOHMAN, LLC will be electronically filed.

No payment is due with this return.

Sincerely,

LeiAnn Bathemess

February 16, 2025

RYAN HOHMAN, LLC
5876 SOUTH HATTON CIRCLE
SALT LAKE CITY, UT 84107

Dear Client,

This letter is to confirm our understanding of the terms of our agreement and outline the nature and extent of services we will provide. Based upon the information you furnish to us, we will prepare your Federal and applicable state income tax returns for 2024.

We will not audit or verify the data you submit to us, although we may ask you for clarification when necessary. All the information you submit to us will, to the best of your knowledge, be correct and complete and include all other information necessary for the completion of your tax return.

We will also prepare 2025 estimated tax vouchers if required, based on your income taxes for 2024. If you anticipate a substantial change in income taxes for 2025 please advise us as soon as possible. We will then determine whether an adjustment should be made to your tax estimates.

Your returns are subject to review by the taxing authorities. Any items that may be resolved against you by the examining agent are subject to certain rights of appeal. In the event of an examination, we will be available upon request to represent you, or to review the results of any examination. Billing for these additional services will be at our standard rates.

The charges for our services are based on our fee schedule and the complexity of the returns.

You have the final responsibility for your income tax returns. Please review them carefully before you sign and mail or authorize us to electronically file them.

If the above is in accordance with your understanding of the terms and conditions of our agreement, please sign and return a copy of this letter.

*Lei Ann Bathemess*

Accepted by:

X
_____
Client signature


_____
Date

Form **8879-CORP**

(Rev. December 2024)

Department of the Treasury
Internal Revenue Service

***E-file Authorization for Corporations***

For calendar year 20 24 , or tax year beginning _____ , 20 ____ , ending _____ , 20 ____

**For use with Form 1120 series returns.**
**Do not send to the IRS. Keep for your records.**
Go to *www.irs.gov/Form8879CORP* for the latest information.

OMB No. 1545-0123

| Name of corporation | Employer identification number |
|---|---|
| RYAN HOHMAN, LLC | 82-2030355 |

## Part I    Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) . . . . . . . . . . . . . | **1** | |
| 2 | Total income (Form 1120-F, Section II, line 11) . . . . . . . . . | **2** | |
| 3 | Total income (loss) (Form 1120-S, line 6) . . . . . . . . . . | **3** | 2,347,467. |
| 4 | Total income (Form 1120 _____ , line ____ ) . . . . . . . . . | **4** | |

## Part II    Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (a) an acknowledgment of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X]  I authorize  LEIANN S BATHEMESS TAX & ACCOUNTING  to enter my PIN  [3] [2] [6] [5] [8]  as my signature
                          ERO firm name                                    do not enter all zeros
on the corporation's electronically filed income tax return.

[ ]  As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature X _____    Date _____    Title  MEMBER

## Part III    Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.    [8] [7] [1] [4] [8] [7] [3] [2] [6] [5] [8]
                                                                                                   do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature _____    Date  02/16/2025

### ERO Must Retain This Form — See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

**For Paperwork Reduction Act Notice, see instructions.**    REV 02/10/25 PRO    Form **8879-CORP** (Rev. 12-2024)
**BAA**

**LeiAnn S Bathemess Tax & Accounting**
**1286 E Woodridge Cir**
**Salt Lake City, UT 84121**
**(801) 263-2809**
**leiann@e-pano.com**

February 16, 2025

RYAN HOHMAN, LLC
5876 SOUTH HATTON CIRCLE
SALT LAKE CITY, UT 84107

**Statement of Charges for Services Rendered:**

**Per Form Charges:**
  See forms listed below - Federal                                500.00

  **Total fee**                                          $        500.00

Summary of Federal Form Charges:
               **Description**                         **Count**
Form 1120S Tax Return S Corporation                        1

Summary of Utah Form Charges:
               **Description**                         **Count**

Form **1120-S**

## U.S. Income Tax Return for an S Corporation

Department of the Treasury
Internal Revenue Service

Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2024**

For calendar year 2024 or tax year beginning , 2024, ending , 20

| | | |
|---|---|---|
| **A** S election effective date 06/22/2017 | **TYPE OR PRINT** Name RYAN HOHMAN, LLC | **D** Employer identification number 82-2030355 |
| **B** Business activity code number (see instructions) 541600 | Number, street, and room or suite no. If a P.O. box, see instructions. 5876 SOUTH HATTON CIRCLE | **E** Date incorporated 06/22/2017 |
| **C** Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code SALT LAKE CITY UT 84107 | **F** Total assets (see instructions) $ 1,438,946. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 22. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales 4,415,225. **b** Less returns and allowances | **c** Balance | **1c** 4,415,225. |
| 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . | | **2** 2,081,888. |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . | | **3** 2,333,337. |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . | | **4** |
| 5 | Other income (loss) (see instructions—attach statement) . . . . . . . | | **5** 14,130. |
| 6 | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . | | **6** 2,347,467. |

### Deductions (see instructions for limitations)

| | | |
|---|---|---|
| 7 | Compensation of officers (see instructions—attach Form 1125-E) . . . . . | **7** |
| 8 | Salaries and wages (less employment credits) . . . . . . . . . . | **8** |
| 9 | Repairs and maintenance . . . . . . . . . . . . . . . | **9** |
| 10 | Bad debts . . . . . . . . . . . . . . . . . . | **10** |
| 11 | Rents . . . . . . . . . . . . . . . . . . . | **11** 26,197. |
| 12 | Taxes and licenses . . . . . . . . . . . . . . . . | **12** 262. |
| 13 | Interest (see instructions) . . . . . . . . . . . . . . | **13** 192,875. |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** 364. |
| 15 | Depletion (do not deduct oil and gas depletion) . . . . . . . . . | **15** |
| 16 | Advertising . . . . . . . . . . . . . . . . . . | **16** 240,931. |
| 17 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . | **17** |
| 18 | Employee benefit programs . . . . . . . . . . . . . . | **18** |
| 19 | Energy efficient commercial buildings deduction (attach Form 7205) . . . . . | **19** |
| 20 | Other deductions (attach statement)    See Statement . . . . . . | **20** 1,921,585. |
| 21 | **Total deductions.** Add lines 7 through 20 . . . . . . . . . . | **21** 2,382,214. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 . . . . . | **22** -34,747. |

### Tax and Payments

| | | | |
|---|---|---|---|
| 23a | Excess net passive income or LIFO recapture tax (see instructions) . . . | **23a** | |
| b | Tax from Schedule D (Form 1120-S) . . . . . . . . | **23b** | |
| c | Add lines 23a and 23b (see instructions for additional taxes) . . . . . | | **23c** |
| 24a | Current year's estimated tax payments and preceding year's overpayment credited to the current year . . . . . . . . | **24a** | |
| b | Tax deposited with Form 7004 . . . . . . . . | **24b** | |
| c | Credit for federal tax paid on fuels (attach Form 4136) . . . . | **24c** | |
| d | Elective payment election amount from Form 3800 . . . . | **24d** | |
| z | Add lines 24a through 24d . . . . . . . . . . . . | | **24z** |
| 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . ☐ | | **25** |
| 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed . | | **26** |
| 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid . . . | | **27** |
| 28 | Enter amount from line 27: Credited to 2025 estimated tax Refunded ▶ | | **28** |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | Title MEMBER |
|---|---|---|

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

### Paid Preparer Use Only

| Print/Type preparer's name LeiAnn Bathemess | Preparer's signature LeiAnn Bathemess | Date 02/16/2025 | Check ☐ if self-employed | PTIN P01086657 |
|---|---|---|---|---|
| Firm's name ▶ LeiAnn S Bathemess Tax & Accounting | | | Firm's EIN ▶ 87-0463722 | |
| Firm's address ▶ 1286 E Woodridge Cir Salt Lake City UT 84121 | | | Phone no. (801) 263-2809 | |

For Paperwork Reduction Act Notice, see separate instructions. BAA      Cat. No. 11510H   REV 02/10/25 PRO      Form **1120-S** (2024)

Form 1120-S (2024)    Page **2**

| **Schedule B** | **Other Information** (see instructions) | | | | | Yes | No |
|---|---|---|---|---|---|---|---|

| | | | | | | Yes | No |
|---|---|---|---|---|---|---|---|
| 1 | Check accounting method:  **a** ☒ Cash   **b** ☐ Accrual | | | | | | |
| | **c** ☐ Other (specify) _____ | | | | | | |
| 2 | See the instructions and enter the: | | | | | | |
| | **a** Business activity CONSULTING | | **b** Product or service CONSULTING | | | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation  .  . | | | | | | × |
| 4 | At the end of the tax year, did the corporation: | | | | | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below  .   .   .   .   .   .   .   .   .   .   .   . | | | | | | × |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | | | Yes | No |
|---|---|---|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below  .   .   .   . | | | | | | × |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | | | Yes | No |
|---|---|---|---|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock?  .   .   .   .   .   .   . | | | | | | × |
| | If "Yes," complete lines (i) and (ii) below. | | | | | | |
| | **(i)** Total shares of restricted stock  .   .   .   .   .   .   .   _____ | | | | | | |
| | **(ii)** Total shares of non-restricted stock  .   .   .   .   .   .   _____ | | | | | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments?  . | | | | | | × |
| | If "Yes," complete lines (i) and (ii) below. | | | | | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year  .   .   _____ | | | | | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed  .   _____ | | | | | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction?  .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | | | | | | × |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount  .   .   .   .   . ☐ | | | | | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | | | | | |
| 8 | If the corporation (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and** (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions  .   .   .   .   .   .   $ _____ | | | | | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions  .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | | | | | | × |
| 10 | Does the corporation satisfy one or more of the following? See instructions  .   .   .   .   .   .   .   .   . | | | | | | × |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | | | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $30 million and the corporation has business interest expense. | | | | | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | | | | | |
| | If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). | | | | | | |
| 11 | Does the corporation satisfy **both** of the following conditions?  .   .   .   .   .   .   .   .   .   .   . | | | | | | × |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | | | | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000. | | | | | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | | | | | |

Form 1120-S (2024)

Page **3**

## Schedule B   Other Information (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . | | × |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . | | × |
| 14a | Did the corporation make any payments that would require it to file Form(s) 1099? . . . . . . . . . | × | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . | × | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . | | × |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . $ | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | × |

## Schedule K   Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) . . . . . . . . . . | 1 | −34,747. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . . 3a | | |
| | b | Expenses from other rental activities (attach statement) . . . . 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . | 3c | |
| | 4 | Interest income . . . . . . . . . . . . . . . . . . | 4 | |
| | 5 | Dividends: a Ordinary dividends . . . . . . . . . . . . | 5a | |
| | | b Qualified dividends . . . . . . 5b | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . . 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . . . 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . | 9 | |
| | 10 | Other income (loss) (see instructions) . . . . Type: | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . | 11 | |
| | 12a | Cash charitable contributions . . . . Cash contributions (60%) . | 12a | 398. |
| | b | Noncash charitable contributions . . . . . . . . . . . | 12b | |
| | c | Investment interest expense . . . . . . . . . . . . | 12c | |
| | d | Section 59(e)(2) expenditures . . . . . Type: | 12d | |
| | e | Other deductions (see instructions) . . . Type: | 12e | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . . . | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . | 13c | |
| | d | Other rental real estate credits (see instructions) Type: | 13d | |
| | e | Other rental credits (see instructions) . . . Type: | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . | 13f | |
| | g | Other credits (see instructions) . . . . Type: | 13g | |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance . . . . ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . . . | 15a | 0. |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . | 15b | |
| | c | Depletion (other than oil and gas) . . . . . . . . . . | 15c | |
| | d | Oil, gas, and geothermal properties—gross income . . . . . . | 15d | |
| | e | Oil, gas, and geothermal properties—deductions . . . . . . | 15e | |
| | f | Other AMT items (attach statement) . . . . . . . . . . | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income . . . . . . . . . . . . | 16a | |
| | b | Other tax-exempt income . . . . . . . . . . . . . | 16b | |
| | c | Nondeductible expenses . . . . . . . . . . . . . | 16c | 337. |
| | d | Distributions (attach statement if required) (see instructions) . . . . | 16d | |
| | e | Repayment of loans from shareholders . . . . . . . . . | 16e | |
| | f | Foreign taxes paid or accrued . . . . . . . . . . . | 16f | |

REV 02/10/25 PRO

Form **1120-S** (2024)

Form 1120-S (2024)                                                                                 Page **4**

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|
| **Other Information** 17a | Investment income . . . . . . . . . . . . . | 17a | |
| b | Investment expenses . . . . . . . . . . . | 17b | |
| c | Dividend distributions paid from accumulated earnings and profits . . . . . . . . | 17c | |
| d | Other items and amounts (attach statement) ** SEC 199A INFO: SEE STMT A | | |
| **Reconciliation** 18 | **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12e and 16f . . . . . . . . . . | 18 | −35,145. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . | | 128,181. | | 210,706. |
| 2a | Trade notes and accounts receivable . . . | | | | |
| b | Less allowance for bad debts . . . . . | ( ) | | ( ) | |
| 3 | Inventories . . . . . . . . . . | | | | |
| 4 | U.S. government obligations . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . | | | | |
| 6 | Other current assets (attach statement) . . . | | | | 103,000. |
| 7 | Loans to shareholders . . . . . . . | | 142,711. | | 1,124,693. |
| 8 | Mortgage and real estate loans . . . . . | | | | |
| 9 | Other investments (attach statement) . . . | | | | |
| 10a | Buildings and other depreciable assets . . . | 8,511. | | 8,511. | |
| b | Less accumulated depreciation . . . . . | ( 7,600.) | 911. | ( 7,964.) | 547. |
| 11a | Depletable assets . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . . | | | | |
| b | Less accumulated amortization . . . . . | ( ) | | ( ) | |
| 14 | Other assets (attach statement) . . . . . | | | | |
| 15 | Total assets . . . . . . . . . . | | 271,803. | | 1,438,946. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . . | | 15,765. | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | 288,173. |
| 18 | Other current liabilities (attach statement) . . | | | | |
| 19 | Loans from shareholders . . . . . . . | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 243,050. | | 1,173,267. |
| 21 | Other liabilities (attach statement) . . . . | | | | |
| 22 | Capital stock . . . . . . . . . . | | | | |
| 23 | Additional paid-in capital . . . . . . . | | | | |
| 24 | Retained earnings . . . . . . . . . | | 12,988. | | −22,494. |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock . . . . . . | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity . . | | 271,803. | | 1,438,946. |

REV 02/10/25 PRO                                                          Form **1120-S** (2024)

Form 1120-S (2024)                                                                     Page **5**

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return
**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -35,482. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12e, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12e, and 16f, not charged against book income this year (itemize): | | |
| a | Depreciation $ | | a | Depreciation $ | | |
| b | Travel and entertainment $ 337. | | 7 | Add lines 5 and 6 | | |
| 4 | Add lines 1 through 3 | 337. -35,145. | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | | -35,145. |

## Schedule M-2  Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | 12,988. | 0. | 0. | 0. |
| 2 | Ordinary income from page 1, line 22 | | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 22 | ( 34,747.) | | | |
| 5 | Other reductions See M-2 Line 5 Stmt | ( 735.) | | | ( ) |
| 6 | Combine lines 1 through 5 | -22,494. | 0. | 0. | 0. |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -22,494. | 0. | 0. | 0. |

REV 02/10/25 PRO                                                       Form **1120-S** (2024)

| Form **1125-A** | **Cost of Goods Sold** | |
|---|---|---|
| (Rev. November 2024) | | |
| Department of the Treasury Internal Revenue Service | Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065. Go to *www.irs.gov/Form1125A* for the latest information. | OMB No. 1545-0123 |

| Name | Employer identification number |
|---|---|
| RYAN HOHMAN, LLC | 82-2030355 |

| | | | |
|---|---|---|---:|
| **1** | Inventory at beginning of year | **1** | |
| **2** | Purchases | **2** | 2,081,888 |
| **3** | Cost of labor | **3** | |
| **4** | Additional section 263A costs (attach schedule) | **4** | |
| **5** | Other costs (attach schedule) | **5** | |
| **6** | Total. Add lines 1 through 5 | **6** | 2,081,888 |
| **7** | Inventory at end of year | **7** | |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2, or the appropriate line of your tax return. See instructions | **8** | 2,081,888 |

**9a** Check all methods used for valuing closing inventory. See instructions.

    **(i)** ☐ Cost

    **(ii)** ☐ Lower of cost or market

    **(iii)** ☐ Other (specify method used and attach explanation) _____

    For certain small business taxpayers, alternative methods of accounting for inventories:

    **(iv)** ☐ Non-incidental materials and supplies method

    **(v)** ☐ AFS method

    **(vi)** ☐ Non-AFS method

**b** Check if there was a writedown of subnormal goods ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐

**d** **(i)** If the LIFO inventory method was used for this tax year, enter amount of closing inventory figured under LIFO | **9d(i)**

    **(ii)** If the LIFO inventory method was used for this tax year, enter amount of the closing LIFO Reserve | **9d(ii)**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☐ Yes ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

---

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2023, if filing Form 1125-A for a small business taxpayer that uses an alternative method of accounting for inventories, check the applicable box on line 9a(iv) through 9a(vi). See the instructions for line 9.

## General Instructions

### Purpose of Form

Use Form 1125-A to figure and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065 must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of merchandise is an income-producing factor. See Regulations section 1.471-1(a).

If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for small business taxpayers.** A small business taxpayer can account for inventory by treating the inventory as non-incidental materials and supplies (line 9a(iv)), or conforming to its treatment of inventory in an applicable financial statement (as defined in section 451(b)(3)) (line 9a(v)). If it does not have an applicable financial statement, a small business taxpayer can use the method of accounting used in its books and records prepared according to its accounting procedures (line 9a(vi)).

See the discussion on small business taxpayers in the instructions for your tax return. Also see sections 448(c) and 471(c).

For additional guidance on methods of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing methods of accounting, see Form 3115, Application for Change in Accounting Method, and the Instructions for Form 3115.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business and Pub. 225, Farmer's Tax Guide.

---

671124

| Schedule K-1 (Form 1120-S) | 2024 | | | |
|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2024, or tax year

beginning ___ / ___ / 2024    ending ___ / ___ / ___

**Shareholder's Share of Income, Deductions, Credits, etc.**    See separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

**Part III   Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 13 | Credits |
| | −34,747. | | | |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | | 14 | Schedule K-3 is attached if checked . . . . . ☐ |
| 6 | Royalties | | 15 | Alternative minimum tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | A | 0. |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | 16 | Items affecting shareholder basis |
| | | | C | 337. |
| 10 | Other income (loss) | | | |
| | | | 17 | Other information |
| | | | V  * | STMT |
| 11 | Section 179 deduction | | | |
| 12 | Other deductions | | | |
| A | 398. | | | |

**Part I   Information About the Corporation**

**A** Corporation's employer identification number
82-2030355

**B** Corporation's name, address, city, state, and ZIP code
RYAN HOHMAN, LLC

5876 SOUTH HATTON CIRCLE
SALT LAKE CITY UT 84107

**C** IRS Center where corporation filed return
Ogden, UT  84201-0013

**D** Corporation's total number of shares
Beginning of tax year . . . . . _____
End of tax year . . . . . . . _____

**Part II   Information About the Shareholder**

**E** Shareholder's identifying number
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

**F1** Shareholder's name, address, city, state, and ZIP code
RYAN HOHMAN

5876 S HATTON CIRCLE
SALT LAKE CITY UT 84107

**F2** If the shareholder is a disregarded entity, a trust, an estate, or a nominee or similar person, enter the individual or entity responsible for reporting:

TIN _____  Name _____

**F3** What type of entity is this shareholder?  I

**G** Current year allocation percentage . . .  100.00000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . _____
End of tax year . . . . . . . _____

**I** Loans from shareholder
Beginning of tax year . . . . . $ _____
End of tax year . . . . . . . $ _____

For IRS Use Only

| | | |
|---|---|---|
| 18 | ☐ | More than one activity for at-risk purposes* |
| 19 | ☐ | More than one activity for passive activity purposes* |

\* See attached statement for additional information.

**Statement A—QBI Pass-through Entity Reporting**

Page 1

| Corporation's name:  RYAN HOHMAN, LLC | | Corporation's EIN:  82-2030355 | |
|---|---|---|---|
| Shareholder's name: RYAN  HOHMAN | | Shareholder's identifying no: 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 | |

| | | 1120S, Line 21 | | |
|---|---|---|---|---|
| | | ☐ PTP<br>☐ Aggregated<br>☒ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Shareholder's share of:** | | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . . | –34,747. | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . . . . . . . . | | 8,511. | | |
| **Section 199A dividends** . . . . . | | | | |

**Statement A—QBI Pass-through Entity Reporting**

| Corporation's name: | | Corporation's EIN: | |
|---|---|---|---|
| Shareholder's name: | | Shareholder's identifying no: | |

| | | | | |
|---|---|---|---|---|
| | | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **Shareholder's share of:** | | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . . | | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **Section 199A dividends** . . . . . | | | | |

REV 02/10/25 PRO

| Form 1120S | **199A Statement A Summary** | **2024** |

QuickZoom to Other Copy  _____                                   Page  1

| Corporation's Name: RYAN HOHMAN, LLC | Corporation's EIN:  82-2030355 |

|  | 1120S, Line 21 | | |
|  | ☐ PTP<br>☐ Aggregated<br>☒ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |

Shareholder's share of:
QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
|---|---|---|---|
| Ordinary business inc (loss) . | -34,747. | | |
| Rental income (loss) . . . . . | | | |
| Royalty income (loss) . . . . . | | | |
| Section 1231 gain (loss) . . . | | | |
| Other income (loss) . . . . . . | | | |
| Section 179 deduction . . . . | | | |
| Other deductions . . . . . . . | | | |
| W-2 wages . . . . . . . . . . | | | |
| UBIA of qualified property . . . | 8,511. | | |
| Section 199A dividends . . . . . . . . . . . | | | |

Corporation's Name: _____   Corporation's EIN: _____

|  | PTP | PTP | PTP |
|---|---|---|---|
|  | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
|  | ☐ SSTB | ☐ SSTB | ☐ SSTB |

**Shareholder's share of:**
QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
|---|---|---|---|
| Ordinary business inc (loss) . | _____ _____ | _____ | _____ |
| Rental income (loss) . . . . . | _____ _____ | _____ | _____ |
| Royalty income (loss) . . . . . | _____ _____ | _____ | _____ |
| Section 1231 gain (loss) . . . | _____ _____ | _____ | _____ |
| Other income (loss) . . . . . . | _____ _____ | _____ | _____ |
| Section 179 deduction . . . . | _____ _____ | _____ | _____ |
| Other deductions . . . . . . . | _____ _____ | _____ | _____ |
| W-2 wages . . . . . . . . . . . | _____ _____ | _____ | _____ |
| UBIA of qualified property . . . | _____ _____ | _____ | _____ |
| Section 199A dividends . . . . | _____ _____ | | |

**199A Worksheet by Activity**                   **2024**

► Keep for your records

| Corporation's name | Corporation's EIN |
|---|---|
| RYAN HOHMAN, LLC | 82-2030355 |

QuickZoom to 199A Summary . . . . ► _____

Aggregation Code: ____

Trade or Business: 1120S, Line 21
EIN: 82-2030355

Is this activity a qualified trade/business? . . . . . . . . [X] Yes  [ ] No
Specified Service Trade or Business?  . . . . . . . . . . [X] Yes  [ ] No

**QBI or qualified PTP items subject to shareholder-specific determinations:**

| | | | |
|---|---|---|---|
| 1 a Ordinary business income (loss) . . . . . . . . . . . . . . 1 a | -34,747. | | |
| b Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . b | | | |
| c Adjusted ordinary business income (loss) . . . . . . . . . . . . . . . . . . . . . . | | 1 c | -34,747. |
| 2 a Rental income (loss) . . . . . . . . . . . . . . . . . . . . 2 a | | | |
| b Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . b | | | |
| c Adjusted rental income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2 c | |
| 3 a Royalty income (loss) . . . . . . . . . . . . . . . . . . . . 3 a | | | |
| b Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . b | | | |
| c Adjusted royalty income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3 c | |
| 4 a Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . 4 a | | | |
| b Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . b | | | |
| c Adjusted section 1231 gain (loss) . . . . . . . . . . . . . . . . . . . . . . . | | 4 c | |
| 5 Other income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5 | | | |
| 6 a Section 179 deduction . . . . . . . . . . . . . . . . . . . 6 a | | | |
| b Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . b | | | |
| c Adjusted section 179 deduction . . . . . . . . . . . . . . . . . . . . . . . . . | | 6 c | |
| 7 Other deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 | | | |
| 8 a W-2 wages . . . . . . . . . . . . . . . . . . . . . . . . . 8 a | | | |
| b Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . b | | | |
| c Adjusted W-2 Wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 8 c | |
| 9 a UBIA of qualified property . . . . . . . . . . . . . . . . . 9 a | 8,511. | | |
| b Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . b | | | |
| c Adjusted UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . . | | 9 c | 8,511. |

## Section 179 Carryover Detail for this Activity

| | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| Tentative Section 179 deduction from current year assets . . . . . | | |
| **Part I: Prior Year Carryovers by Year and Category** | | |
| A  Before 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0. |
| B  2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| C  2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| D  2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| E  2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| F  2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| G  2023 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **Total prior year carryovers to this year** . . . . . . . . . . . . . . | | |

| | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| **Part II: 179 Deduction Allowed by Year and Category** | | |
| **Total 179 deduction allowed for this activity in current year** . . . . | | |
| A  Amount allowed from 2024 . . . . . . . . . . . . . . . . . . . . . | | |
| B  Amount allowed from before 2018 . . . . . . . . . . . . . . . . . | | |
| C  Amount allowed from 2018 . . . . . . . . . . . . . . . . . . . . . | | |
| D  Amount allowed from 2019 . . . . . . . . . . . . . . . . . . . . . | | |
| E  Amount allowed from 2020 . . . . . . . . . . . . . . . . . . . . . | | |
| F  Amount allowed from 2021 . . . . . . . . . . . . . . . . . . . . . | | |
| G  Amount allowed from 2022 . . . . . . . . . . . . . . . . . . . . . | | |
| H  Amount allowed from 2023 . . . . . . . . . . . . . . . . . . . . . | | |

| | Section 179 Regular Tax | Section 179 QBI |
|---|---|---|
| **Part III: Total Carryforward to 2025 by Year and Category** | | |
| A  Carryforward from 2024 . . . . . . . . . . . . . . . . . . . . . . | | |
| B  Carryforward from before 2018 . . . . . . . . . . . . . . . . . . | | |
| C  Carryforward from 2018 . . . . . . . . . . . . . . . . . . . . . . | | |
| D  Carryforward from 2019 . . . . . . . . . . . . . . . . . . . . . . | | |
| E  Carryforward from 2020 . . . . . . . . . . . . . . . . . . . . . . | | |
| F  Carryforward from 2021 . . . . . . . . . . . . . . . . . . . . . . | | |
| G  Carryforward from 2022 . . . . . . . . . . . . . . . . . . . . . . | | |
| H  Carryforward from 2023 . . . . . . . . . . . . . . . . . . . . . . | | |
| **Total carryforward to next year** . . . . . . . . . . . . . . . . . . | | |

# Additional Information From 2024 US Form 1120S: Income Tax Return for S Corp

### Form 1120S: S-Corporation Tax Return
### Other Income                                                    Continuation Statement

| Description | Amount |
|---|---|
| REDEMPTION CREDIT | 14,130. |
| **Total** | 14,130. |

### Form 1120S: S-Corporation Tax Return
### Other Deductions                                                Continuation Statement

| Description | Amount |
|---|---|
| BANK CHARGES | 3,850. |
| DUES AND SUBSCRIPTIONS | 162,319. |
| GIFTS | 5,000. |
| LEGAL AND PROFESSIONAL | 38,766. |
| MEALS (50%) | 338. |
| OUTSIDE SERVICES | 2,000. |
| POSTAGE | 156. |
| SECURITY | 88. |
| TELEPHONE | 81,845. |
| TRAINING/CONTINUING EDUCATION | 15,069. |
| TRAVEL | 3,819. |
| UTILITIES | 6,026. |
| WEB HOSTING/ADS | 1,409,695. |
| PAYROLL FEES | 22,907. |
| EMPLOYEE BENEFITS | 15,278. |
| RECRUITING | 8,722. |
| MERCHANT FEES | 145,707. |
| **Total** | 1,921,585. |

### Form 1120S: S-Corporation Tax Return
### M-2 Line 5, Other Reductions                                    Continuation Statement

| Description | AAA Amount | OAA Amount |
|---|---|---|
| CASH CONTRIBUTIONS | 398. | |
| MEALS AND ENTERTAINMENT | 337. | |
| **Total** | 735. | |

20421

1030

**Utah S Corporation Return**

**2024**
**TC-20S**

For calendar year 2024 or fiscal year (mm/dd/yyyy):
beginning -                                    and ending -

• Amended Return (code 1-4)   •   Mark "X" if you filed federal form 8886

Corporation name
RYAN HOHMAN, LLC

Address
5876 SOUTH HATTON CIRCLE

Employer Identification Number
822030355

City
SALT LAKE CITY

State  ZIP + 4
UT  84107

UT Incorporation/Qualification No.
104272150160

Foreign country (if not U.S.)

Telephone number
8012632809

Mark "X" if a current annual report
filed with the Div. of Corporations

Attach a copy of your federal 1120S, pages 1 through 5 (and Schedules M-3 and/or form 1125-A, if applicable). Utah TC-20S Schedules A, H, J and N are not required if all shareholders are Utah resident individuals.

1   If this is the first S corporation return, enter the effective date (mm/dd/yyyy) on the IRS approval letter   • 1

| | | Resident Individuals | IRC 501 and Other Exempt | Nonresident Individuals and Other Pass-through Entity Taxpayers | | | Total | |
|---|---|---|---|---|---|---|---|---|
| 2 | a. Number of shares | • 100 | • 0 | • 0 | 2a | | 100 | |
| | b. Percentage of shares | 100.0000 | 0.0000 | 0.0000 | 2b | 100% | | |

3   If this corporation conducted any Utah business activity during the taxable year, enter "X"   • 3   X

4   If this corporation elected to treat any subsidiary as a Qualified Subchapter S Subsidiary, enter "X"   • 4
    Enter on Sch. M each Qualified Subchapter S Subsidiary doing business, incorporated or qualified in Utah.

5   Total tax - enter the amount from Schedule A, line 17. If Schedule A is not required, enter zero.   • 5   0

6   Total payments - enter the amount from Schedule A, line 20. If Schedule A is not required, enter zero.   • 6   0

7   **Tax Due** - subtract line 6 from line 5 (not less than zero)   • 7

8   Penalties and interest (see instructions)   8   0

9   **Total Due - Pay this amount** - add line 7 and line 8   • 9

10  Overpayment - subtract the sum of line 5 and line 8 from line 6 (not less than zero)   10   0

11  Amount of overpayment on line 10 to be applied to next taxable year   • 11

12  **Refund** - subtract line 11 from line 10   • 12   0

USTC USE ONLY

Under penalties of perjury, I declare to the best of my knowledge and belief,
this return and accompanying schedules are true, correct and complete.

| SIGN HERE | Signature of officer | Date | Title MEMBER | "X" if USTC may discuss this return with preparer below:   X |
|---|---|---|---|---|
| Paid Preparer's Section | Preparer's signature  LEIANN BATHEMESS | Date 02/16/2025 | Preparer's telephone number 8012632809 | Preparer's PTIN • P01086657 |
| | Firm's name and address  LEIANN S BATHEMESS TAX & ACCOUNTING  1286 E WOODRIDGE CIR  SALT LAKE CITY      UT  84121 | | | Preparer's EIN • 870463722 |

INTUIT                                    REV 12/10/24 PRO

**Supplemental information to be Supplied by All S Corporations**

20422   EIN   82-2030355

TC-20S
2024

Pg. 2

1   If this S corporation owns more than 50 percent of the voting stock of another corporation, provide the following for each
corporation so owned. Attach additional pages if necessary.

► 

EIN                          % of stock owned           Corporation name

                                                        Yes           No
End date (if diff from S corp.)   Merge date            Is this corporation doing business in Utah?

► 

EIN                          % of stock owned           Corporation name

                                                        Yes           No
End date (if diff from S corp.)   Merge date            Is this corporation doing business in Utah?

► 

EIN                          % of stock owned           Corporation name

                                                        Yes           No
End date (if diff from S corp.)   Merge date            Is this corporation doing business in Utah?

► 

EIN                          % of stock owned           Corporation name

                                                        Yes           No
End date (if diff from S corp.)   Merge date            Is this corporation doing business in Utah?

2   Enter the location where the corporate books and records are maintained:

5876 SOUTH HATTON CIRCLE, SALT LAKE CITY, UT 84107

3   Enter the state or country of commercial domicile:   UT

4   Enter the year-end date of the last year for which a federal examination has been completed:

mm/dd/yyyy

Under separate cover, send a summary and supporting schedules for all federal adjustments and the federal tax
liability for each year for which federal exam adjustments have not been reported to the Tax Commission. Include the
date of final determination. Send the information to:
Business Taxes and Discovery Division, Utah State Tax Commission, 210 North 1950 West, Salt Lake City, UT 84134-2000

5   Enter the year-end dates of years with federal examinations now in progress, and/or final determination of past examinations still pending.

mm/dd/yyyy          mm/dd/yyyy          mm/dd/yyyy          mm/dd/yyyy

6   Enter the year-end dates of years in which extensions for proposing additional assessments of federal tax were agreed to with the
Internal Revenue Service.

mm/dd/yyyy          mm/dd/yyyy          mm/dd/yyyy          mm/dd/yyyy

**Note:** Utah Code §59-7-519 extends the Statute of Limitations for tax assessment if federal exam adjustments are not fully reported.

**Schedule A - Utah Taxable Income for Pass-through Entity Taxpayers**   **TC-20S, Sch. A**

20423   EIN   82-2030355   2024

| | | | |
|---|---|---|---|
| 1 | Federal income/loss reconciliation from federal form 1120S, Schedule K, line 18 | • 1 | –35145 |
| 2 | Contributions from federal form 1120S, Schedule K, lines 12a and 12b | • 2 | 398 |
| 3 | Foreign taxes from federal form 1120S, Schedule K, line 16f | • 3 | |
| 4 | Recapture of Section 179 deduction from all federal Schedules K-1, box 17, code L | • 4 | |
| 5 | Payroll Protection Program grant or loan addback (see instructions) | • 5 | |
| 6 | (Reserved, see instructions) | • 6 | |
| 7 | Total income/loss - add lines 1 through 6 | • 7 | –34747 |
| 8 | Utah net nonbusiness income from TC-20, Schedule H, line 14 | • 8 | |
| 9 | Non-Utah net nonbusiness income from TC-20, Schedule H, line 28 | • 9 | |
| 10 | Add lines 8 and 9 | 10 | |
| 11 | Apportionable income/loss - subtract line 10 from line 7 | • 11 | –34747 |
| 12 | Apportionment fraction - enter 1.000000, or TC-20, Schedule J, line 9 or 10, if applicable | 12 | 1.000000 |
| 13 | Utah apportioned business income/loss - multiply line 11 by line 12 | • 13 | –34747 |
| 14 | Total Utah income/loss allocated to pass-through entity taxpayers - add line 8 and line 13 | • 14 | –34747 |
| 15 | Total pass-through withholding tax - enter the total amount from Schedule N, column J<br>**Note: This amount must be paid by the due date of the return, without extensions.** | • 15 | |
| 16 | Utah use tax | • 16 | 0 |
| 17 | **Total tax** - add line 15 and line 16<br>Enter here and on TC-20S, line 5 | • 17 | 0 |
| 18 | Prepayments from Schedule E, line 4 (do not include any pass-through withholding tax - see instructions) | • 18 | |
| 19 | Amended returns only (see instructions) | • 19 | |
| 20 | **Total payments** - add line 18 and line 19<br>Enter here and on TC-20S, line 6 | • 20 | 0 |

**Schedule K - Shareholders' Pro Rata Share Items**

**20425**    EIN    82-2030355

**TC-20S, Sch. K**
**2024**

► Number of Schedules K-1 attached to this return                • 1

|  |  | Federal Amount | Utah Amount |
|---|---|---|---|
| | **Income/Loss** | | |
| 1 | Ordinary business income/loss | −34747 | −34747 |
| 2 | Net rental real estate income/loss | | |
| 3 | Other net rental income/loss | | |
| 4a | U.S. government interest income | | |
| 4b | Municipal bond interest income | | |
| 4c | Other interest income | | |
| 5 | Ordinary dividends | | |
| 6 | Royalties | | |
| 7 | Net short-term capital gain/loss | | |
| 8 | Net long-term capital gain/loss | | |
| 9 | Net Section 1231 gain/loss | | |
| 10 | Recapture of Section 179 deduction | | |
| 11 | Other income/loss (describe) | | |
| | **Deductions** | | |
| 12 | Section 179 deduction | | |
| 13 | Contributions | 398 | 398 |
| 14 | Investment interest expense | | |
| 15 | Section 59(e)(2) expenditures | | |
| 16 | Foreign taxes paid or accrued | | |
| 17 | Other deductions (describe) | | |

| | **Utah Credits** | Code | Credit Amount |
|---|---|---|---|
| 18 | Utah nonrefundable credits - enter the name of the Utah credit | | |
| 19 | Utah refundable credits - enter the name of the Utah credit | | |
| 20 | Total Utah tax withheld on behalf of all shareholders from Schedule N, column J | | |

20426

**Schedule K-1 - Shareholder's Share**
**of Utah Income, Deductions and Credits**

TC-20S, Sch. K-1
2024

---

### S Corporation Information

**A**  S-corporation's EIN:  82-2030355

**B**  S-corporation's name, address, city, state, and ZIP code:
RYAN HOHMAN, LLC

5876 SOUTH HATTON CIRCLE
SALT LAKE CITY      UT 84107

### Shareholder Information

**C**  Shareholder's SSN or EIN:  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

**D**  Shareholder's name, address, city, state, and ZIP code:
RYAN HOHMAN

5876 S HATTON CIRCLE
SALT LAKE CITY      UT 84107

**E**  Percent of ownership:  100.0000

### Shareholder's Share of Apportionment Factors

|   |          | Utah  |      | Total |
|---|----------|-------|------|-------|
| F | Property | $     |      | $     |
| G | Payroll  | $     |      | $     |
| H | Sales    | $     |      | $     |

### Other Information

**Note:**  To complete lines 1 through 17:
* Utah residents, enter the amounts from federal Schedule K-1.
* Utah nonresidents, see instructions to calculate amounts.
All filers complete lines 18 through 20, if applicable.

---

### Shareholder's Share of Utah Income, Deductions and Credits

| 1 | Utah ordinary business income/loss | -34747 |
|---|---|---|
| 2 | Utah net rental real estate income/loss | |
| 3 | Utah other net rental income/loss | |
| 4a | Utah U.S. government interest income | |
| 4b | Utah municipal bond interest income | |
| 4c | Utah other interest income | |
| 5 | Utah ordinary dividends | |
| 6 | Utah royalties | |
| 7 | Utah net short-term capital gain/loss | |
| 8 | Utah net long-term capital gain/loss | |
| 9 | Utah net Section 1231 gain/loss | |
| 10 | Utah recapture of Section 179 deduction | |
| 11 | Utah other income/loss (describe) | |
| 12 | Utah Section 179 deduction | |
| 13 | Utah contributions | 398 |
| 14 | Utah investment interest expense | |
| 15 | Utah Section 59(e)(2) expenditures | |
| 16 | Foreign taxes paid or accrued | |
| 17 | Utah other deductions (describe) | |

| 18 | Utah nonrefundable credits - enter name | Code | Credit Amount |
|---|---|---|---|

| 19 | Utah refundable credits - enter name | Code | Credit Amount |
|---|---|---|---|

| 20 | Utah tax withheld on behalf of shareholder | | |
|   | "X" if withholding waiver applied for | | |

# 6 Month Report

Ryan Hohman, LLC

For the period ended March 31, 2025

Prepared by

camilla@cvpromanagement.com

Prepared on

April 14, 2025

Not for final use, these reports are drafts ONLY

# Table of contents

Profit and Loss .................................................................................................................................3

Balance Sheet.................................................................................................................................5

Statement of Cash Flows.................................................................................................................7

# Profit and Loss

October 2024 - March 2025

|  | Total |
|---|---:|
| **INCOME** | |
| 4000 Income | |
| 4000.1 New Customer Sales | 553,697.00 |
| 4000.2 Current Customer Upsell/Resell Sales | 1,238,943.38 |
| 4000.3 MRR Income | 174,878.30 |
| 4000.4 Book Sales | 141.30 |
| 4000.5 Refunds and Disputes | -64,228.06 |
| **Total 4000 Income** | **1,903,431.92** |
| **Total Income** | **1,903,431.92** |
| **COST OF GOODS SOLD** | |
| 5000 Cost of Goods Sold | |
| 5000.10 Cost of Labor | 734,104.85 |
| **Total 5000 Cost of Goods Sold** | **734,104.85** |
| **Total Cost of Goods Sold** | **734,104.85** |
| **GROSS PROFIT** | **1,169,327.07** |
| **EXPENSES** | |
| 6000 Advertising and Promotion | |
| 6000.10 Prof. Advertising Services | 107,328.74 |
| 6000.20 Web Hosting/Ads | 432,834.16 |
| **Total 6000 Advertising and Promotion** | **540,162.90** |
| 6010 Office & General Expenses | |
| 6010.40 Bank Charges and fees | 2,770.00 |
| 6010.60 Permits & Licenses | 12.00 |
| 6010.70 Continuing Education | 10.81 |
| 6010.80 Payroll Fees | 11,435.34 |
| **Total 6010 Office & General Expenses** | **14,228.15** |
| 6030 Dues & Subscriptions | |
| 6030.1 Client Used Software | 2,838.00 |
| 6030.2 Operating Software | 66,271.27 |
| 6030.3 Marketing Subscriptions | 7,921.95 |
| 6030.4 Other Dues & Memberships | 718.73 |
| **Total 6030 Dues & Subscriptions** | **77,749.95** |
| 6040 Legal and Professional Services | |
| 6040.10 Accounting | 11,378.00 |
| 6040.20 Legal | 15,866.00 |
| **Total 6040 Legal and Professional Services** | **27,244.00** |
| 6050 Payroll Expenses | |
| 6050.40 Employee Benefits | 7,894.50 |
| 6050.60 Recruiting | 4,606.04 |

|  | Total |
|---|---:|
| **Total 6050 Payroll Expenses** | **12,500.54** |
| 6055 Referral Commission | 2,400.00 |
| 6060 Rent Expense | 14,948.82 |
| 6070 Meals | 225.56 |
| 6090 Interest Expense | 116,995.38 |
| 6100 Merchant Fees | 57,867.55 |
| 7010 Travel Expense | |
|    7010.10 Airfare | 327.95 |
|    7010.40 Hotels | 3,264.48 |
| **Total 7010 Travel Expense** | **3,592.43** |
| 7030 Utilities | 2,574.48 |
|    7030.1 Phone/Messaging Expense | 26,880.15 |
|    7030.2 Security | 87.58 |
| **Total 7030 Utilities** | **29,542.21** |
| Contract Labor (non-COGS) | 2,000.00 |
| **Total Expenses** | **899,457.49** |
| NET OPERATING INCOME | 269,869.58 |
| NET INCOME | **$269,869.58** |

# Balance Sheet
As of March 31, 2025

| | Total |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1000 Bank accounts | |
| 1000.10 Business Checking 8669 | 56,195.98 |
| 1000.20 Stripe Checking | 32,959.57 |
| **Total 1000 Bank accounts** | **89,155.55** |
| **Total Bank Accounts** | **89,155.55** |
| Other Current Assets | |
| Loan to 3F Management | 103,000.00 |
| **Total Other Current Assets** | **103,000.00** |
| **Total Current Assets** | **192,155.55** |
| Fixed Assets | |
| Computers & Equipment | |
| C&E Accm. Depr. | -3,882.00 |
| C&E Original cost | 4,793.00 |
| **Total Computers & Equipment** | **911.00** |
| Furniture | |
| Furniture Accm. Depr. | -3,718.00 |
| Furniture Original cost | 3,718.00 |
| **Total Furniture** | **0.00** |
| **Total Fixed Assets** | **911.00** |
| **TOTAL ASSETS** | **$193,066.55** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| 2010 Credit Cards | |
| 2010.10 Chase CC 2908 | 147,204.14 |
| 2010.20 Chase CC 1528 | 76,223.00 |
| 2010.25 Chase CC 0186 | 38,677.68 |
| 2010.30 Amex CC Gold 1007 | 0.00 |
| 2010.40 Amex CC Platinum 12008 | 51,370.75 |
| **Total 2010 Credit Cards** | **313,475.57** |
| **Total Credit Cards** | **313,475.57** |
| Other Current Liabilities | |
| 2030 AMEX LOC | 33,955.20 |
| 2050 Revenued Loan | 114,521.74 |
| 2060 Fora Financial Loan | 70,511.12 |

| | Total |
|---|---|
| 2070 Fundation Loan | 73,180.26 |
| **Total Other Current Liabilities** | **292,168.32** |
| **Total Current Liabilities** | **605,643.89** |
| **Long-Term Liabilities** | |
| 2080 Stripe Loan | 101,987.55 |
| 2090 SBA | 243,232.38 |
| Forward Finance Loan | 88,320.00 |
| QFS Loan | 20,250.17 |
| **Total Long-Term Liabilities** | **453,790.10** |
| **Total Liabilities** | **1,059,433.99** |
| **Equity** | |
| 3000 Opening Balance Equity | -293,819.56 |
| Partner Distributions | |
| Ryan Hohman Distributions | |
| Ryan's Pay and Personal Expenses | -14,306.06 |
| Ryan's Personal Investment Distributions | 0.00 |
| **Total Ryan Hohman Distributions** | **-14,306.06** |
| **Total Partner Distributions** | **-14,306.06** |
| Retained Earnings | -565,619.09 |
| Net Income | 7,377.27 |
| **Total Equity** | **-866,367.44** |
| **TOTAL LIABILITIES AND EQUITY** | **$193,066.55** |

# Statement of Cash Flows

October 2024 - March 2025

| | Total |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 269,869.58 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Loan to 3F Management | -73,000.00 |
| 2010.10 Credit Cards:Chase CC 2908 | -11,324.85 |
| 2010.20 Credit Cards:Chase CC 1528 | 21,659.72 |
| 2010.25 Credit Cards:Chase CC 0186 | 10,117.60 |
| 2010.40 Credit Cards:Amex CC Platinum 12008 | -13,104.17 |
| 2030 AMEX LOC | -24,684.67 |
| 2050 Revenued Loan | -6,288.48 |
| 2060 Fora Financial Loan | -79,488.88 |
| 2070 Fundation Loan | -16,793.87 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-192,907.60** |
| **Net cash provided by operating activities** | **76,961.98** |
| **FINANCING ACTIVITIES** | |
| 2080 Stripe Loan | -73,116.08 |
| 2090 SBA | -5,108.57 |
| Forward Finance Loan | 88,320.00 |
| QFS Loan | 20,250.17 |
| Partner Distributions:Ryan Hohman Distributions:Ryan's Pay and Personal Expenses | 75,370.82 |
| Partner Distributions:Ryan Hohman Distributions:Ryan's Personal Investment Distributions | 298,699.43 |
| Retained Earnings | -529,714.75 |
| **Net cash provided by financing activities** | **-125,298.98** |
| **NET CASH INCREASE FOR PERIOD** | **-48,337.00** |
| Cash at beginning of period | 137,492.55 |
| **CASH AT END OF PERIOD** | **$89,155.55** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Utah

In re    **Ryan Hohman, LLC**
_____    Case No. _____
                                                                   Debtor(s)    Chapter    **11**    _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____    $    **Reasonable
Attorneys Fees and
Costs as Allowed
by the Court**

Prior to the filing of this statement I have received _____    $    **37,000.00**

Balance Due _____    $    **Reasonable
Attorneys Fees and
Costs as Allowed
by the Court**

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Advising the Client of its rights, powers, and duties as a debtor and debtor in possession;
b.    Taking all necessary action to protect and preserve the estate of the Client, including the prosecution of actions on the Client's
behalf, the defense of actions commenced against the Client, the negotiation of disputes in which the Client is involved, and the
preparation of objections to claims filed against the Client's estate;
c.    Assisting in preparing on behalf of the Client all necessary schedules and statements, motions, applications, answers, orders,
reports, and papers in connection with the administration of the Client's estate;
d.    Assisting in presenting the Client's proposed plan of reorganization and all related transactions and any related revisions,
amendments, etc.; and,
e.    Performing all other necessary legal services in connection with the Client's chapter 11 case.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**April   , 2025**
_____
_Date_

**/s/ Andres Diaz**
_____
**Andres Diaz 4309**
_Signature of Attorney_
**Diaz & Larsen**
**757 East South Temple, Suite 201**
**Salt Lake City, UT 84102**
**(801)596-1661  Fax: (801) 359-6803**
**courtmail@adexpresslaw.com**
_Name of law firm_

---